# Third District Court of Appeal

## State of Florida

Opinion filed April 17, 2019.

_____

No. 3D19-354
Lower Tribunal Nos. 17-57 and 17-324

_____

**Miami Dade County MRI Corp., etc.,**
Petitioner,

vs.

**United Automobile Insurance Company,**
Respondent.

A Writ of Certiorari to the Circuit Court for Miami-Dade County, Appellate Division, Pedro Echarte Jr., Martin Zilber, and Mavel Ruiz, Judges.

Law Office of Chad A. Barr, P.A., and Chad A. Barr (Altamonte Springs), for petitioner.

Michael J. Neimand, for respondent.

Before LOGUE, SCALES, and HENDON, JJ.

<u>CONFESSION OF ERROR</u>

HENDON, J.

Miami Dade County MRI Corporation petitions this Court for a writ of certiorari, seeking to quash the following order entered by the circuit court, sitting in its appellate capacity: (1) an order granting United Automobile Insurance Company's motion for attorney's fees, and (2) an order denying Miami Dade County MRI Corporation's motion for attorney's fees under sections 627.428(1) and 627.736(8) of the Florida Statutes. Based on United Automobile Insurance Company's proper confession of error, we grant the petition, quash the orders under review, and remand for the entry of an order granting Miami Dade County MRI Corporation's motion for appellate attorney's fees filed under sections 627.428(1) and 627.736(8).

Petition granted; orders quashed; and remanded with directions.